# IN THE SUPREME COURT OF THE STATE OF NEVADA

KIMBALL AUSTIN SACHS,
                     Appellant,
vs.
THE STATE OF NEVADA,
                     Respondent.

No. 83447

FILED

SEP 1 6 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a pretrial motion to disqualify judge.

Because no statute or court rule permits an appeal from an order denying a pretrial motion to disqualify judge, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.        _____, J.
Silver                                            Herndon

cc:     Hon. Linda Marie Bell, Chief Judge
        Hon. Jasmin Lilly-Spells, District Judge
        Kimball Austin Sachs
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

21-26792